IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–16–M–DLC–4 |
| Plaintiff, | ORDER |
| vs. | |
| JACOB EDWARD GENTRY, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on November 17, 2015. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Jacob Edward Gentry's guilty plea after Gentry appeared before him pursuant to Federal Rule of Criminal

Procedure 11, and entered a plea of guilty to one count of possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 846 (Count III), as set forth in the Superseding Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Count I of the Superseding Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 81), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Jacob Edward Gentry's motion to change plea (Doc. 62) is GRANTED and Jacob Edward Gentry is adjudged guilty as charged in Count III of the Superseding Indictment.

DATED this 9th day of December, 2015.

Dana L. Christensen, Chief District Judge
United States District Court