FILED

SEP 09 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB EDWARD GENTRY,<br><br>Defendant. | CR 15–16–M–DLC<br><br>ORDER |

Before the Court is Defendant Jacob Edward Gentry's Motion for Early Termination of Supervised Release. (Doc. 166.) The United States does not object to the motion. Gentry has successfully completed more than two-thirds of his term of supervised release, and the Court grants the motion.

A court may "terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In determining whether to terminate a term of supervised release, courts consider the factors set forth in 18 U.S.C. § 3553(a). 18 U.S.C. § 3564.

Here, "the history and characteristics of the defendant" counsel in favor of granting Gentry's motion. 18 U.S.C. § 3553(a)(1). Gentry has completed 26

-1-

months of his 36-month term of supervised release. He has secured stable employment. Gentry has successfully complied with all conditions of his supervision, and he appears to be thriving personally and professionally. The Court is convinced that the interests of justice and, particularly, Gentry's success to date justify early termination of probation.

Accordingly, IT IS ORDERED that Gentry's Motion (Doc. 166) is GRANTED. The term of supervised release imposed by the February 26, 2016 Judgment is TERMINATED as of the date of this Order. Gentry is hereby DISCHARGED from the sentence of supervised release in this case.

DATED this 9th day of September, 2019.

Dana L. Christensen, Chief Judge
United States District Court